UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNAMARIE D. RIETHMILLER,

    Plaintiff,

v.                          CASE NO.: 8:11-CV-2194-T-30MAP

STATE OF FLORIDA,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

This cause is before the Court for consideration of Plaintiff's application to proceed in the district court without prepaying fees or costs (doc. 6) which, due to the procedural posture of the case, the Court construes as a motion to proceed in forma pauperis on appeal.

Fed. R. App. P. 24 provides that, in a case in this procedural posture, "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Importantly, 28 U.S.C. § 1915(a)(3) provides: "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." "Good faith" is judged by an objective standard and is shown when a plaintiff seeks appellate review of any issue not frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

As the district judge's Order denying Plaintiff's emergency motion for a preliminary injunction makes plain, Plaintiff has failed to establish federal jurisdiction or state any cognizable claim. Indeed, the district judge noted Plaintiff's previous attempts at initiating similar actions in this Court have been dismissed for lack of jurisdiction and/or for being barred under the

*Rooker-Feldman* doctrine.

Upon review of the record in this case and for the reasons set out by the district judge in his Order denying Plaintiff's emergency motion for a preliminary injunction, it is hereby

RECOMMENDED:

1. Plaintiff's motion to proceed *in forma pauperis* on appeal (doc. 6) be DENIED.

2. The Court certify the appeal is not taken in good faith.

3. The Clerk, in accordance with Fed. R. App. P. 24(a)(4), be directed to notify the parties and the Eleventh Circuit that the motion to proceed *in forma pauperis* is denied and that the appeal is not taken in good faith.

IT IS SO REPORTED in chambers at Tampa, Florida on November 9, 2011.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc: Hon. James S. Moody, Jr.