UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNAMARIE D. RIETHMILLER,

    Plaintiff(s),

v.        Case No: 8:11-CV-2194-T-30MAP

STATE OF FLORIDA,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #7). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #7) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (Dkt. #6) is DENIED.

3. The Court certifies the appeal is not taken in good faith.

4. The Clerk, in accordance with Fed. R. App. P. 24(a)(4), is directed to notify the parties and the Eleventh Circuit that the Motion to Proceed *In Forma Pauperis* is denied and that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Tampa, Florida on November 28, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2011\11-cv-2194.adopt 7.wpd